



## MEMORANDUM OPINION

No. 04-11-00828-CV

**IN RE** David **NIENAS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Phylis J. Speedlin, Justice
Marialyn Barnard, Justice

Delivered and Filed:  December 7, 2011

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On November 18, 2011, relator filed a petition for writ of mandamus, seeking to compel the Medina County Sheriff's Office to proceed with a criminal complaint he filed. However, this court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to

---

[1] This proceeding arises out of Cause No. 11-09-0020792-CV, in the 38th Judicial District Court, Medina County, Texas, the Honorable Camile G. Dubose presiding.

enforce our jurisdiction.  Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM